AO 245D (3/95) Judgment in a Criminal Case for Revocation: Sheet 2 - Imprisonment

Judgment-Page __2__ of __3__

DEFENDANT: ORTIZ, Francisco
CASE NUMBER: 98 CR 150

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __EIGHTEEN (18) MONTHS__.
The term of imprisonment shall run consecutively to the term of imprisonment in state court case number 99 CR 1858601.

**FILED**

MAY 12 2005

MICHAEL W. DOB[...]
CLERK, U.S. DISTRICT COURT

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal. after his term of imprisonm in the state court case number 99 CR 1858601.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:
Received from Lexington KY- JPATS Flight

Defendant delivered on __FCI Pekin 4-29-05__ to __USP McCreary__
at __3:00 P.M.__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ Deputy U.S. Marshal